**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**By ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Josue Peguero Manzanillo v. Paul Arteta et al.*, No. 26 Civ. 1715 (JAV)

Dear Judge Vargas:

This Office represents the government in the above-referenced habeas corpus action. On March 3, 2026, the Court issued an order with questions for the government, and to direct the parties to submit a joint letter, no later than noon on March 9, 2026, indicating whether the conference scheduled for March 10, 2026 is necessary, and if not, to submit a briefing schedule. I write respectfully, on behalf of the parties, to advise the Court that the parties do not believe the conference is necessary, and to propose the following agreed upon briefing schedule:

- The government shall file an opposition to the petition by March 13, 2026
- Petitioner shall file a reply, if any, by March 20, 2026

We thank the Court for its consideration of this submission, and we apologize that this letter is being submitted late.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *s/ Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 10, 2026

cc: Counsel of Record (by ECF)