UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :

JOSUE PEGUERO MANZANILLO,           :

                   :

               Petitioner,     :

                   :        26-CV-01715 (JAV)

     -v-                 :

                   :         ORDER

PAUL ARTETA, et al.,             :

                   :

              Respondents.   :

                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 4, 2026, the Government filed a letter notifying the Court that Petitioner posted

bond and was released on April 2, 2026.  ECF No. 16.  In light of the Government's recent letter,

Petitioner is **ORDERED** to submit a letter no later than **April 10, 2026**, on the docket indicating

whether this case can be closed.

     SO ORDERED.

Dated: April 6, 2026
       New York, New York                              _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge