UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JOSUE PEGUERO MANZANILLO,
                           Petitioner,   :       26-CV-01715 (JAV)

       -v-   :   ORDER

PAUL ARTETA, et al.,
                        Respondents.   :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Clerk of Court is directed to enter judgment in accordance with the Opinion and

Order dated March 25, 2026 (ECF No. 15), granting in part and denying in part the petition for a

writ of habeas corpus.  The Clerk of Court is further directed to close the case and terminate all

pending motions.

      SO ORDERED.

Dated:  April 14, 2026
       New York, New York      _____
                             JEANNETTE A. VARGAS
                             United States District Judge