**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSUE PEGUERO MANZANILLO,

                          Petitioner,                          26 **CIVIL** 1715 (JAV)

              -against-                                              **JUDGMENT**

PAUL ARTETA, et al.,

                          Respondents.
-------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 25, 2026, and the Court's Order dated April

14, 2026, the Court grants in part and denies in part the petition for a writ of habeas corpus;

accordingly, the case is closed.

 **Dated:**  New York, New York

          April 15, 2026

                                                    **TAMMI M. HELLWIG**
                                         _____
                                                      **Clerk of Court**

                              **BY:**

                                         _____
                                                      **Deputy Clerk**